*Staff Comment:* The proposed changes were suggested by the Michigan Judges Association, and edited by staff.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

---

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered, and your assistance is appreciated by the Court.

---

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk within 60 days after it is published in the *Michigan Bar Journal.* When filing a comment, please refer to our file number 89-35.

*Rehearing Denied August 20, 1993:*

ROHLMAN v HAWKEYE-SECURITY INSURANCE COMPANY, No. 92675. Reported at 442 Mich 520.

*Order Entered August 24, 1993:*

PROPOSED AMENDMENT OF MCR 4.003 OF THE MICHIGAN COURT RULES OF 1985. On order of the Court, pursuant to a proposal from the Michigan Judges Association, this is to advise that the Court is considering amending Rule 4.003 of the Michigan Court Rules of 1985. Before determining whether the proposed amendments should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the